IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

        v.                                      Case No. 18-mj-143

JEREMY J. RYAN,

                Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18,
UNITED STATES CODE, SECTION 2332i

---

BEFORE United States Magistrate Judge       United States District Court
Stephen L. Crocker                        120 North Henry Street
                                           Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about October 24, 2018, in the Western District of Wisconsin, the

defendant,

JEREMY J. RYAN,

attempted to possess radioactive material with the intent to cause death or serious

bodily injury.

(In violation of Title 18, United States Code, Section 2332i).

This complaint is based on the attached affidavit of Scott Mahloch.

_____
SCOTT MAHLOCH, Special Agent
Federal Bureau of Investigation


Sworn to before me this 24ᵗʰ day of October 2018.

_____
HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge

COUNTY OF DANE        )
                              ) ss

STATE OF WISCONSIN    )

## AFFIDAVIT

I, Scott Mahloch, first being duly sworn under oath, hereby depose and state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April 2009. I am currently assigned to the Joint Terrorism Task Force at the Milwaukee Field Office, where I conduct a variety of investigations in the area of counterterrorism in the performance of my duties. I have investigated and assisted in the investigation of matters involving violations of federal law related to domestic terrorism, international terrorism, weapons of mass destruction, the distribution of bomb-making materials, and material support, including in the preparation and service of criminal complaints and search and arrest warrants. I have conferred with colleagues who have received specialized training from the FBI in investigating crimes related to explosives, biological weapons, and weapons of mass destruction.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter, but is intended to demonstrate that there is probable cause to believe that Jeremy J. RYAN violated Title 18, United States Code, Section 2332i.

3. Website #1 is a hidden service website that is a publicly accessible marketplace and forum.[1] A username and password is required to access the marketplace and forum for Website #1, but the registration process is open to the public. The marketplace and forum for Website #1 contains numerous subsections advertising the sale of various illegal products, including drugs, counterfeit goods, and weapons.

4. On March 16, 2018, an FBI Online Covert Employee (OCE) received a private message via Website #1's messaging system. The OCE had listed for sale several illicit items on Website #1, including a radioactive substance.[2] The private message was from a user with the account name "tigolebitties" (hereinafter, "TOB") and stated, "How much is included? And would it get to the US in time to still have time before half life?"

5. The OCE replied on March 18, 2018 asking TOB which item he was referring to. Less than four hours later, TOB replied, specifying that he was referring to the radioactive substance. That same day, TOB asked the OCE about the differences between different listings for various types of the radioactive materials the OCE had on Website #1 and why they were priced differently. On March 22, 2018, the OCE sent a message to TOB responding to these questions. The OCE stated that one of the substances was a sealed radioactive source used to test radiation detection devices, was not as dangerous as the other, and could be purchased by a lab. The OCE explained

---

[1] The actual name of Website #1 is known to law enforcement. The site remains active and disclosure of the name of the site would potentially alert users to the fact that law enforcement action is being taken against the site, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, specific names and identifying factors have been replaced with generic terms.

[2] The specific radioactive substance is known by agents to be radioactive material as defined by 18 U.S.C. § 2332i(8), is highly toxic, and will likely cause death if ingested in even small amounts.

that the second substance, the one Ryan ultimately ordered, was a lethal poison that the OCE makes as a custom product.

6.    On March 20, 2018, the OCE asked TOB if he/she had access to a specific encrypted messaging platform. TOB replied the same day indicating he had an account with this platform and provided the OCE with an email address whereby the OCE could directly contact him.

7.    On March 21, 2018, the OCE sent a message to TOB giving him a code word to use when they moved their conversation to email, in order to assure the person utilizing the TOB account and the person utilizing email address referenced above, were the same person. That same day, the OCE sent an email to the email address requesting the code word. The same day, the person utilizing the email address replied with the correct code word, confirming they were the same person as TOB. From March 21, 2018 through March 25, 2018, all communications between the OCE and TOB were through this platform. While using this platform, the OCE and TOB sometimes, but not always, encrypted the body of the messages. Because the user of the email address knew the code word provided to TOB, I believe TOB and the person sending messages from the email address referenced in paragraph six are the same person.

8.    On March 23, 2018, TOB replied, "How long would it take the poison to kill someone after ingested? I'm looking for something that's very rare/difficult to get a hold of. Also that doesn't show symptoms immediately but kills them fairly soon after. Preferably something that is not going to be extremely brutal and drawn out. But the main quality is that it is extremely difficult to procure so that people automatically suspect the government. Do you have something other than the [radioactive substance] that would be like that and also safe to ship?" On March 25, 2018, the OCE replied,

indicating the effects of the radioactive substance are delayed, but the target will definitely die and people will just think they got sick. The OCE also stated he could get other radioactive material, but the radioactive substance they had been discussing would be best for TOB's needs.

10.    The OCE did not hear from TOB again until October 2018. On October 8, 2018, TOB placed an order for the radioactive substance via website #1. The cost of the substance was 0.086018 Bitcoin, which on that date was equivalent to approximately $569. There were two messages from TOB with the order. The first stated:

"Please ship to:

Jeremy Ryan

6666 Odana Rd #263

Madison, WI 53719

Thanks!"

The second message stated "How long does shipping usually take and how do you send tracking?"

11.    On October 9, 2018, the OCE replied that the OCE makes each dose custom and therefore needed to know the target's weight and height and whether the target was a man or a woman. TOB replied the same day, saying, "Yes we were talking about it in March I think. I sent you a message from my [other email address]. Sent one today and well. I do have a few questions though. Not that it will affect but curious how does it exhibit? No symptoms for a while then quick and painless or how does it work? Also is there any way they can test for it? And if not what will they say it was? 6' 220 lb man. Thanks!"

12. The OCE replied the same day, saying they would answer TOB's questions in a few hours. The OCE then emailed TOB and explained how to deploy the radioactive substance against the target. The OCE also asked TOB if they had good access to the target. TOB replied the same day, saying, in part, "Yes I do have good access to the target. How long would they be very sick? And can they test for it after they are dead?"

13. On October 10, 2018, the OCE wrote TOB and asked if TOB wanted it to look like the target died from cancer. The same day TOB replied, saying, he/she "Basically wanted it to look like they may have died from either cancer or cancer treatment if possible. I say may have because you said they won't know what they died from for sure."

14. On October 10, 2018, FBI Special Agent Doug Raubal determined that 6666 Odana Road, Madison, Wisconsin is a commercial UPS store, #0704. That same day, he obtained the Mailbox Service Agreement (MSA) from the UPS Store located at 6666 Odana Road for the PO Box TOB provided as a delivery address. The MSA, dated September 24, 2014, provided the following information for the mailbox customer:

Name: Joseph Jeremy Ryan

Address: ▮▮▮▮▮▮▮▮▮▮▮▮ Madison, WI 53703

Email: ▮▮▮▮▮▮▮▮▮▮

Telephone number: ▮▮▮▮▮▮▮

15. Also included with the MSA were copies of a Wisconsin Driver's License and a United States Uniformed Services Card. The driver's license was for Jeremy Joseph Ryan, born on ▮▮▮▮▮ 1988, with an address of ▮▮▮▮▮▮▮▮

█████ Madison, WI. The license number was ████████████. The photographs on the two identification cards appeared to be the same person.

16. On October 9, 2018, an FBI Agent queried the National Crime Information Center (NCIC) database with the above information to confirm Ryan's identity. The inquiry returned the following information: Jeremy J. Ryan, born █████ 1988, with Wisconsin driver's license number ████████████, and an address 6666 Odana Road, #263, Madison, Wisconsin.

17. On October 15, 2018, Ryan was provided with a tracking number to allow him to go to a specific website and track the simulated progress of his package. In later communications, the OCE described the location of the vial in the package, told Ryan he would need a special tool to access it, and told Ryan where in the package the special tool was located.

18. On October 24, 2018, FBI surveillance personnel saw Ryan travel to 6666 Odana Road. He entered the store and was seen a short time later exiting the store carrying a package.

SCOTT MAHLOCH, Special Agent
FEDERAL BUREAU OF
INVESTIGATION

Subscribed to and sworn before me this 24ᵗʰ day of October.

Honorable Stephen L. Crocker
United States Magistrate Judge