

**Jeremy J Ryan**
Mar 17 at 12:25 PM

The tension is palpable... You can feel it in the air... This place is this close to snapping and collapsing in on itself... Some restrictions aren't really too bad... But the absurdity of saying that someone who has a job can go work in a 300 person factory but someone who doesn't can't go to a one on one interview... And no one can see a doctor unless its emergency medical... And the Bureau of Prisons openly admitted that these restrictions were not because they were necessary (obviously because logically it makes no sense) but because they don't have a plan in place... So due to their incompetence people are getting screwed... You can't get on your feet if you can't get a job or see a doctor... It's too early to issue such harsh restrictions... They may not even allow you to see a psychiatrist... They don't know yet... People understand some restrictions are necessary, but to go this far is absolutely outrageous... And then to do it in such an inconsistent manner... People with jobs know that eventually that may have to end... But it will end for large segments of the population at that time... To be restricting people from obtaining employment and medical while people who have jobs can go surround themselves with hundreds of people is creating too much tension in this facility... I don't know what's going to happen... It won't be violent I know that... But some sort of uprising is coming if they don't get their shit together...

Mel Deco and 3 others    16 Comments

Like    Comment    Share





**Jeremy J Ryan**
Yesterday at 8:24 PM

And so it begins... One person in the facility had a fever and bad cough... He was removed and tested for Coronavirus... Everyone in his room and the adjoining room are quarantined to their room except for 10 minutes once every 2 hours for a cigarette break... I am not in his room or the adjoining room... They said they should know within 48 hours... So basically the whole facility could have it by now... Everyone is just waiting to hear back...

Leslie Rose and 38 others    22 Comments • 1 Share

Like    Comment    Share

**Jeremy J Ryan**
Mar 17 at 6:04 PM

I remember 9/11... I remember how we as a nation came together... I remember when the fringes launched xenophobic attacks the masses stood together and said that's not right... And the President, no matter how flawed, did as well... I remember people helping people... Everyone seemed to be more in tune to their communities... And people for a brief moment seemed together... If we can stick together now like we did back then we will be ok... It may not be easy but we will make it through... And perhaps learn a valuable lesson on how we can make it through anything...

Sarah Yanske and 9 others    3 Shares



